United States Bankruptcy Court

Southern District of Mississippi

In re:

Kimberli Lachelle Mannery

     Debtor

Case No. 21-02050-JAW

Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Dec 07, 2021 | Form ID: 309A | Total Noticed: 40 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberli Lachelle Mannery, 24 Hampton Court, Madison, MS 39110-9583 |
| 5060417 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, PO Box 55848, Sherman Oaks, CA 91413 |
| 5060421 | + | CT Corporation System, 645 Lakeland Drive E., St 101 Registered Agnt, Flowood, MS 39232-9099 |
| 5060418 | + | CashNet c/oCT Corp, 645 Lakeland East Dr, Suite 101, Flowood, MS 39232-9099 |
| 5060420 | + | Chex Systems, Inc., Consumer Relations, 7805 Hudson Rd, Ste. 1, Saint Paul, MN 55125-1594 |
| 5060422 | + | Donald Gayhardt Jr., President Speedy Cash, 3615 N. Ridge Road, Wichita, KS 67205-1214 |
| 5060423 | + | EDFL Services, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |
| 5060424 | + | Equifax, Attn: Bankruptcy Dept., P.O. Box 740241, Atlanta, GA 30374-0241 |
| 5060425 | + | Experian, Attn: Bankruptcy Dept., P.O. Box 2002, Allen, TX 75013-2002 |
| 5060426 | ++ | FIRST HERITAGE CREDIT LLC, ADMINISTRATIVE SERVICES DEPARTMENT, 166 E COMMERCE PKWY, CORNELIA GA 30531-5399 address filed with court:, First Heritage Credit, Attn: Jule Ratliff, 605 Crescent Blvd, Ridgeland, MS 39157 |
| 5060427 | + | Gary Phillips, 7031 Commerce Circle, Republic Finance, Baton Rouge, LA 70809-1996 |
| 5060430 | + | John Tucker, PO Box 320001, Flowood, MS 39232-0001 |
| 5060434 | + | PayPal c/o CT Corp, 645 Lakeland East Dr, Suite 101, Flowood, MS 39232-9099 |
| 5060435 | + | Progressive Corp., 6300 Wilson Mills Road, Mayfield Village, OH 44143-2182 |
| 5060436 | + | RepFin c/o CT Corp, 645 Lakeland East Dr, Suite 101, Flowood, MS 39232-9099 |
| 5060438 | + | Republic Finance, 722 Lake Harbor Dr., Ridgeland, MS 39157-4354 |
| 5060441 | + | STATEWIDE FED CREDIT, PO BOX 320483, Flowood, MS 39232-0483 |
| 5060439 | + | Spdy Cash c/o CSC, 7716 Old Canton Road, Suite C, Madison, MS 39110-9299 |
| 5060440 | + | Speedy Cash, 222 Merchandise MartPL, P O Box 3135, Chicago, IL 60654-0122 |
| 5060443 | + | Tower Loan of MS, PO Box 320001, Flowood, MS 39232-0001 |
| 5060444 | | Transunion, Attn: Bankruptcy Dept., P.O. Box 1000, Crum Lynne, PA 19022 |
| 5060446 | + | US Dept of Education, 400 Maryland Ave SW, Washington, DC 20202-0008 |
| 5060450 | | WF Bank c/o CSC, 716 Old Canton Road, Suite C, Madison, MS 39110 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: btyler@pgtlaw.com | Dec 07 2021 19:22:00 | Blake A. Tyler, Gadow / Tyler PLLC, 511 East Pearl Street, Jackson, MS 39201 |
| tr | + | EDI: QDAHENDERSON.COM | Dec 08 2021 00:28:00 | Derek A Henderson T1, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| ust | + | Email/Text: ustpregion05.ja.ecf@usdoj.gov | Dec 07 2021 19:22:00 | United States Trustee, 501 East Court Street, Suite 6-430, Jackson, MS 39201-5022 |
| 5060415 | + | EDI: AMEREXPR.COM | Dec 08 2021 00:28:00 | American Express, P O Box 981537, El Paso, TX 79998-1537 |
| 5060416 | | EDI: BL-BECKET.COM | Dec 08 2021 00:23:00 | American Express NB, c/o Beckett&Lee, P O Box 3001, Malvern, PA 19355-0701 |
| 5060419 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Dec 07 2021 19:22:00 | CashNetUSA, 175 W. Jackson Blvd, Suite 1000, Chicago, IL 60604-2863 |
| 5060426 | | Email/Text: bankruptcy@first-heritage.com | | |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 07, 2021 | Form ID: 309A | Total Noticed: 40 |

| | | | |
|---|---|---|---|
| | | Dec 07 2021 19:22:00 | First Heritage Credit, Attn: Jule Ratliff, 605 Crescent Blvd, Ridgeland, MS 39157 |
| 5060429 | + Email/Text: kelly.steinwinder@usdoj.gov | Dec 07 2021 19:22:00 | IRS, US Attorney, 501 E Court Ste 4.430, Jackson, MS 39201-5025 |
| 5060428 | EDI: IRS.COM | Dec 08 2021 00:28:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5060431 | + EDI: MSDOR | Dec 08 2021 00:28:00 | Miss State Tax Comm, Bankruptcy Section, Po Box 22808, Jackson, MS 39225-2808 |
| 5060432 | + EDI: NAVIENTFKASMSERV.COM | Dec 08 2021 00:23:00 | Navient, P.O. Box 9533, Wilkes Barre, PA 18773-9533 |
| 5060433 | + Email/Text: recovery@paypal.com | Dec 07 2021 19:22:00 | PayPal, 2211 North First St, C/O Corp Legal Dept, San Jose, CA 95131-2021 |
| 5060437 | Email/Text: bankruptcy@republicfinance.com | Dec 07 2021 19:22:00 | Republic Finance, 7031 Commerce Cir, Ste 100, Baton Rouge, LA 70809-1996 |
| 5060442 | Email/Text: epr@telecheck.com | Dec 07 2021 19:22:00 | Telecheck, 5251 Westheimer, Houston, TX 77056 |
| 5060445 | + Email/Text: kelly.steinwinder@usdoj.gov | Dec 07 2021 19:22:00 | US Attorney/Dept of Ed, 501 E Court Street, Ste 4.430, Jackson, MS 39201-5025 |
| 5060447 | + EDI: WFFC.COM | Dec 08 2021 00:28:00 | Wells Fargo Bank, 109 W. Jackson St., Ridgeland, MS 39157-2404 |
| 5060448 | EDI: WFFC.COM | Dec 08 2021 00:28:00 | Wells Fargo Bank, N.A., P O Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5060449 | + EDI: WFFC.COM | Dec 08 2021 00:28:00 | Wells Fargo Card Servi, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2021          Signature:          /s/Joseph Speetjens

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline
## United States Bankruptcy Court Southern District of Mississippi

---

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Kimberli Lachelle Mannery** | Social Security number or ITIN **xxx–xx–9646** |
| | First Name   Middle Name   Last Name | EIN **87–1664796** |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the Southern District of Mississippi

Case number: **21–02050–JAW**

Date case filed for chapter **7   12/7/21**

---

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Cell Phones and other electronic devices are generally not allowed in the courthouses of this District. For more information visit www.mssb.uscourts.gov.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Kimberli Lachelle Mannery | |
| 2. | **All other names used in the last 8 years** | aka Kimberli Guyton Mannery, dba Kimberli CEO, LLC, dba Deeply Green Properties, LLC | |
| 3. | **Address** | 24 Hampton Court Madison, MS 39110 | |
| 4. | **Debtor's attorney** Name and address | Blake A. Tyler Gadow / Tyler PLLC 511 East Pearl Street Jackson, MS 39201 | Contact phone 601–355–0654 |
| 5. | **Bankruptcy trustee** Name and address | Derek A Henderson T1 1765–A Lelia Drive Suite 103 Jackson, MS 39216 | Contact phone 601–948–3167 Email trustee@derekhendersonlaw.com |

**For more information, see page 2 >**

Debtor  **Kimberli Lachelle Mannery**                                    Case number **21–02050–JAW**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.uscourts.gov. | 501 East Court Street, Suite 2.300<br>P.O. Box 2448<br>Jackson, MS 39225–2448 | **Office Hours:**<br>**Monday – Friday 8:00 AM – 5:00 PM**<br><br>**Contact phone 601–608–4600**<br><br>**Date: 12/7/21** |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 6, 2022 at 09:00 AM**<br><br>## By Telephone<br><br>The meeting may be continued or adjourned to a later date.<br>If so, the date will be on the court docket.<br><br>**Debtor attorneys will be responsible for verifying both the debtors' photo ID and the debtors' social security number on the record. If you are a pro se debtor who appears by telephone, the trustee may require that you appear at a continued meeting in order to present your proof of identification and social security number and to affirm that you were the one who testified at the telephonic meeting.** | **Trustee: Derek A Henderson T1**<br>**Call in number: 877–709–8414**<br>**Passcode: 1422014** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 3/7/22** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline (12/15)**          page **2**