United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 21-02050-JAW
Kimberli Lachelle Mannery Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 2
Date Rcvd: Mar 08, 2022      Form ID: 318      Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberli Lachelle Mannery, 24 Hampton Court, Madison, MS 39110-9583 |
| 5060417 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, PO Box 55848, Sherman Oaks, CA 91413 |
| 5060421 | + | CT Corporation System, 645 Lakeland Drive E., St 101 Registered Agnt, Flowood, MS 39232-9099 |
| 5060418 | + | CashNet c/oCT Corp, 645 Lakeland East Dr, Suite 101, Flowood, MS 39232-9099 |
| 5060420 | + | Chex Systems, Inc., Consumer Relations, 7805 Hudson Rd, Ste. 1, Saint Paul, MN 55125-1594 |
| 5060422 | + | Donald Gayhardt Jr., President Speedy Cash, 3615 N. Ridge Road, Wichita, KS 67205-1214 |
| 5060423 | + | EDFL Services, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |
| 5060424 | + | Equifax, Attn: Bankruptcy Dept., P.O. Box 740241, Atlanta, GA 30374-0241 |
| 5060425 | + | Experian, Attn: Bankruptcy Dept., P.O. Box 2002, Allen, TX 75013-2002 |
| 5060427 | + | Gary Phillips, 7031 Commerce Circle, Republic Finance, Baton Rouge, LA 70809-1996 |
| 5060430 | + | John Tucker, PO Box 320001, Flowood, MS 39232-0001 |
| 5060434 | + | PayPal c/o CT Corp, 645 Lakeland East Dr, Suite 101, Flowood, MS 39232-9099 |
| 5060436 | + | RepFin c/o CT Corp, 645 Lakeland East Dr, Suite 101, Flowood, MS 39232-9099 |
| 5060438 | + | Republic Finance, 722 Lake Harbor Dr., Ridgeland, MS 39157-4354 |
| 5060441 | + | STATEWIDE FED CREDIT, PO BOX 320483, Flowood, MS 39232-0483 |
| 5060439 | + | Spdy Cash c/o CSC, 7716 Old Canton Road, Suite C, Madison, MS 39110-9299 |
| 5060440 | + | Speedy Cash, 222 Merchandise MartPL, P O Box 3135, Chicago, IL 60654-0122 |
| 5060443 | + | Tower Loan of MS, PO Box 320001, Flowood, MS 39232-0001 |
| 5060444 | | Transunion, Attn: Bankruptcy Dept., P.O. Box 1000, Crum Lynne, PA 19022 |
| 5060446 | + | US Dept of Education, 400 Maryland Ave SW, Washington, DC 20202-0008 |
| 5060450 | | WF Bank c/o CSC, 716 Old Canton Road, Suite C, Madison, MS 39110 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QDAHENDERSON.COM | Mar 09 2022 00:38:00 | Derek A Henderson T1, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| 5060415 | + | Email/PDF: bncnotices@becket-lee.com | Mar 08 2022 19:37:33 | American Express, P O Box 981537, El Paso, TX 79998-1537 |
| 5060416 | + | Email/PDF: bncnotices@becket-lee.com | Mar 08 2022 19:37:33 | American Express NB, c/o Beckett&Lee, P O Box 3001, Malvern, PA 19355-0701 |
| 5060419 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Mar 08 2022 19:34:00 | CashNetUSA, 175 W. Jackson Blvd, Suite 1000, Chicago, IL 60604-2863 |
| 5060426 | | Email/Text: bankruptcy@first-heritage.com | Mar 08 2022 19:34:00 | First Heritage Credit, Attn: Jule Ratliff, 605 Crescent Blvd, Ridgeland, MS 39157 |
| 5060429 | + | Email/Text: kelly.steinwinder@usdoj.gov | Mar 08 2022 19:34:00 | IRS, US Attorney, 501 E Court Ste 4.430, Jackson, MS 39201-5025 |
| 5060428 | | EDI: IRS.COM | Mar 09 2022 00:38:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5060431 | + | EDI: MSDOR | Mar 09 2022 00:38:00 | Miss State Tax Comm, Bankruptcy Section, Po |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 08, 2022 | Form ID: 318 | Total Noticed: 38 |

| | | | | |
|---|---|---|---|---|
| | | | | Box 22808, Jackson, MS 39225-2808 |
| 5060432 | + | EDI: NAVIENTFKASMSERV.COM | Mar 09 2022 00:38:00 | Navient, P.O. Box 9533, Wilkes Barre, PA 18773-9533 |
| 5060433 | + | Email/Text: recovery@paypal.com | Mar 08 2022 19:33:00 | PayPal, 2211 North First St, C/O Corp Legal Dept, San Jose, CA 95131-2021 |
| 5060435 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Mar 08 2022 19:34:00 | Progressive Corp., 6300 Wilson Mills Road, Mayfield Village, OH 44143-2182 |
| 5060437 | | Email/Text: bankruptcy@republicfinance.com | Mar 08 2022 19:34:00 | Republic Finance, 7031 Commerce Cir, Ste 100, Baton Rouge, LA 70809-1996 |
| 5060442 | | Email/Text: epr@telecheck.com | Mar 08 2022 19:34:00 | Telecheck, 5251 Westheimer, Houston, TX 77056 |
| 5060445 | + | Email/Text: kelly.steinwinder@usdoj.gov | Mar 08 2022 19:34:00 | US Attorney/Dept of Ed, 501 E Court Street, Ste 4.430, Jackson, MS 39201-5025 |
| 5060447 | + | EDI: WFFC.COM | Mar 09 2022 00:38:00 | Wells Fargo Bank, 109 W. Jackson St., Ridgeland, MS 39157-2404 |
| 5060448 | | EDI: WFFC.COM | Mar 09 2022 00:38:00 | Wells Fargo Bank, N.A., P O Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5060449 | + | EDI: WFFC.COM | Mar 09 2022 00:38:00 | Wells Fargo Card Servi, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 10, 2022      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Blake A. Tyler | on behalf of Debtor Kimberli Lachelle Mannery btyler@pgtlaw.com btyler@pgtlaw.com;pondgadow1@gmail.com;joy.hall511@yahoo.com;jaydah@gadowtyler.com |
| Derek A Henderson T1 | trustee@derekhendersonlaw.com dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | **Kimberli Lachelle Mannery** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–9646** <br> EIN   **87–1664796** |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:   **21–02050–JAW** | | |

## Order of Discharge                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Kimberli Lachelle Mannery**
aka Kimberli Guyton Mannery, dba Kimberli
CEO, LLC, dba Deeply Green Properties, LLC

Dated: 3/8/22                                                                 **By the court:**   /s/Jamie A. Wilson
                                                                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

Official Form 318                                     **Order of Discharge**                                     page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**